IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JUSTIN GUENTHER, SPECIAL
ADMINSTRATOR OF THE ESTATE
OF SEMMIE JOHN GUENTHER                                                         PLAINTIFF

v.                                   Case No. 5:15-cv-05192

GRIFFIN CONSTRUCTION COMPANY, INC.;
and GRIFFIN PROPERTIES OF FORT SMITH, LLC                        DEFENDANTS

## MOTION TO DISMISS

Defendants, Griffin Construction Company and Griffin Properties of Fort Smith, LLC (collectively, "Griffin"), by and through their counsel, Kutak Rock LLP, for their Motion to Dismiss, state:

1. Justin Guenther, Special Administrator of the Estate of Semmie John Guenther (the "Estate"), alleges that John Guenther's employment with Griffin was terminated in violation of the Americans with Disabilities Act and the Arkansas Civil Rights Act.

2. John Guenther died on May 29, 2014 prior to the initiation of this action.

3. Applying the Arkansas survival statute, Ark. Code Ann. § 16-62-101(a), the Estate's ADA and ACRA claims did not survive John Guenther's death.

4. Because the Estate's ADA and ACRA claims did not survive Mr. Guenther's death, the claims should be dismissed with prejudice. Fed. R. Civ. P. 12(b)(6); 12(c).

5. Griffin supports this motion with an incorporated brief, which is filed contemporaneously with this motion.

WHEREFORE, the defendants request that the Court grant their motion, that the plaintiff's claims be dismissed with prejudice, and for all other relief to which they are entitled.

        Respectfully Submitted,

        KUTAK ROCK LLP

        /s/ Scott Jackson
        Scott Jackson (AR Bar No. 2008195)
        Samantha B. Leflar (AR Bar No. 2010190)
        **KUTAK ROCK LLP**
        234 East Millsap Road, Suite 200
        Fayetteville, AR 72703-4099
        Phone: 479.973.4200
        Fax: 479.973.0007
        Scott.Jackson@KutakRock.com
        Samantha.Leflar@KutakRock.com

        ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF system, and will send notification of such filing to the following:

George M. Rozzell IV
224 S. 2nd St.
Rogers, AR 72756
grozzell@arkattorneys.com

this 29th day of October 2015.

        /s/ Scott Jackson
        Scott Jackson

4826-7953-7450.1