IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JUSTIN GUENTHER, ) <br> SPECIAL ADMINISTRATOR OF THE ) <br> ESTATE OF SEMMIE JOHN GUENTHER, ) <br> Deceased ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GRIFFIN CONSTRUCTION ) <br> COMPANY, INC. ) <br> ) <br> Defendant. ) | Case No. CV-5:15-cv-05192 |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL**

Plaintiff, Justin Guenther, Special Administrator of the Estate of Semmie John Guenther ("Mr. Guenther"), comes before this Court and offers the following brief response:

1. The Defendants' recitation of the facts supporting its Motion to Compel and exhibits in support thereof are correct.

2. The Plaintiff's Special Administrator, Justin Guenther, until December, 2015 was recovering from several surgeries related to a workplace injury and was not able to dedicate as must time as he should have to the pursuit of this action.

3. This condition, while no excuse for any delayed responses, should have been communicated to Defense counsel more clearly.

4. Mr. Guenther has now recovered and is in a position to do so. As such, all of the discovery that was pending is now completed. The Plaintiff continues to seek additional records and documents which may be relevant in this matter, and acknowledges his obligation to supplement his answers that have been provided.

5. The Plaintiff has no objection to the Defendant's request for additional time to designate any expert witness, and appreciates the Defendant's willingness to work with his requests to date for extensions.

6. The Plaintiff did not fail to answer the requests in bad faith or for the purpose of delay, as is shown by his timely return of requested authorizations to the Defendant so that document collection by its attorneys could begin, even while he was unable to complete all answers to the Interrogatories and Requests for Production.

7. Other than the Request for an extension of time to designate expert witnesses, the Plaintiff states that the basis for the Defendants' Motion is now moot.

WHEREFORE, the Plaintiff prays that the Motion to Compel be denied, except that the Plaintiff agrees to an order extending the timeframe within which to designate expert witnesses.

Respectfully Submitted,

JUSTIN GUENTHER,
SPECIAL ADMINISTRATOR OF THE
ESTATE OF SEMMIE JOHN GUENTHER,
Deceased
**KEITH, MILLER, BUTLER,
   SCHNEIDER & PAWLIK, PLLC**
224 South 2nd St.
Rogers, AR 72756
Telephone: (479) 621-0006
Telecopier: (479) 631-6890

  /s/George M. Rozzell IV
George M. Rozzell IV (2008032)
*Attorney for Justin Guenther, Special Administrator of the Estate of Semmie John Guenther, Deceased*

**CERTIFICATE OF SERVICE**

  I, George Rozzell, do hereby certify that on this 31st day of January, 2016, I caused the foregoing pleading to be delivered to all parties of record through counsel.

            /s/George M. Rozzell IV
            George M. Rozzell IV (2008032)