IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JUSTIN GUENTHER, SPECIAL
ADMINSTRATOR OF THE ESTATE
OF SEMMIE JOHN GUENTHER                                         PLAINTIFF

v.                        Case No. 5:15-cv-05192

GRIFFIN CONSTRUCTION COMPANY                                    DEFENDANT

REPLY IN SUPPORT OF MOTION TO COMPEL
AND SUPPLEMENTAL REPORT ON STATUS OF DISCOVERY

Griffin Construction Company, by and through its counsel, Kutak Rock LLP, for its Reply in Support of its Motion to Compel and Supplemental Report on Status of Discovery, states:

1. Griffin previously filed a motion to compel discovery in this case because plaintiff had failed to any provide responses to Griffin's discovery requests.

2. Since the filing of its motion, plaintiff has made sufficient progress toward complying with its discovery obligations, with assurances that supplemental responses will be forthcoming as additional documents and information become available in this case.

3. Accordingly, Griffin believes that its motion to compel can be held in abeyance or denied as moot at this time, with the caveat that Griffin may seek relief in the event additional information and documents are not forthcoming.

4. Griffin's request for an extension of the time to disclose expert witnesses remains ripe for consideration, and plaintiff has agreed that an extension is appropriate under the circumstances presented.

5.     For the reasons previously set forth in its motion to compel, Griffin requests that the Court extend its deadline to disclose expert witnesses to April 1, 2016 given the plaintiff's delay in responding to discovery.

WHEREFORE, Griffin requests that the Court hold its motion to compel in abeyance or deny the motion without prejudice, extend the deadline by which Griffin must disclose expert witnesses to April 1, 2016, and for all other relief to which it is entitled.

Respectfully Submitted,

KUTAK ROCK LLP

/s/ Scott Jackson
Scott Jackson (AR Bar No. 2008195)
Samantha B. Leflar (AR Bar No. 2010190)
**KUTAK ROCK LLP**
234 East Millsap Road, Suite 200
Fayetteville, AR 72703-4099
Phone: 479.973.4200
Fax: 479.973.0007
Scott.Jackson@KutakRock.com
Samantha.Leflar@KutakRock.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF system, and will send notification of such filing to the following:

George M. Rozzell IV
Jenna Reed Fogleman
224 S. 2nd St.
Rogers, AR 72756
grozzell@arkattorneys.com

this 4th day of February 2016.

/s/ Scott Jackson
Scott Jackson